**Report and Order Terminating Probation/Supervised Release**
**Prior to Original Expiration Date**

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2018 MAR 20 AM 9: 54

CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA

v.

Larry Thomas Harris

Crim. No.    1:07CR00135-1

On March 9, 2015, the above named was placed on supervised release for a period of five years. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

J. Baylan Thomas
United States Probation Officer

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this /9th day of March, 2018.

Dudley H. Bowen, Jr.
United States District Judge